# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAMIE FOWLER,**                                                                           **PETITIONER**
**ADC #610045**

**v.**                          **CASE NO: 5:14CV00082 BSM**

**RAY HOBBS, Director**                                                                   **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the Petitioner's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

The petition for writ of habeas corpus [Doc. No.1] pursuant to 28 U.S.C. § 2254 filed by Jamie Fowler is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Fowler has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 12th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE